**COURT OF APPEAL, FIRST CIRCUIT**
**STATE OF LOUISIANA**

RE:  Docket Number 2018-CA-1640

Smith International, Inc.

- - Versus - -

Secretary of Department of Revenue, State of Louisiana

Louisiana Board of Tax Appeals
Case #: 10498
East Baton Rouge Parish

On Application for Rehearing filed on 01/23/2020 by Secretary of the Louisiana Department of Revenue

Rehearing _denied_ .

_Vanessa Guidry Whipple_
Vanessa Guidry Whipple

Page McClendon

_Toni Manning Higginbotham_
Toni Manning Higginbotham

William J. Crain

_Walter I. Lanier, III_
Walter I. Lanier, III

PMc McClenda, J. would gRANt A ReheariNg for the sole purpose of hearing the matter EN BANC.

NJC/PMc CRAiN, J. would gRANt the Rehearing.
by PMc

Date  **JUN 2 6 2020**

_Peggy J. Landuy_
Rodd Naquin, Clerk